# Altaba



Government Exhibit
__B__

555 California Street
Suite 3325
San Francisco, CA 94104
Office: 415-801-4520
www.altaba.com

October 7, 2019

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0042

To Whom It May Concern:

On October 4, 2019, Altaba Inc., a Delaware corporation formerly known as Yahoo! Inc. (the "Company"), dissolved (the "Dissolution") in accordance with Section 275 of the General Corporation Law of the State of Delaware (the "DGCL"). As a result of the Dissolution, the continued corporate existence of the Company has ceased (except for the limited purposes expressly set forth in the DGCL) and the affairs of the Company will be wound up. The Company is hereby providing you with notice of the Dissolution pursuant to Section 280 of the DGCL.

This notice only applies to individuals or entities that may have a claim against the Company. If you have no claim against the Company, no action on your part is required.

If you have a claim against the Company, you must present such claim to the Company in writing, and such claim must contain sufficient information and supporting documentation to reasonably enable the Company to identify you and the substance of the claim. All claims must be sent to:

Claims Department
Altaba Inc.
555 California Street, Suite 3325
San Francisco, CA, U.S.A. 94104

All claims must be received by the Company, at the address set forth above, on or before December 11, 2019. Pursuant to Section 280 of the DGCL, any claim not received by the Company on or before December 11, 2019 will be barred.

Pursuant to the DGCL, the Company (or any liquidating trust or any other successor entity) may make distributions to any claimant and to the Company's stockholders (or persons interested as having been such) without further notice to any claimant.

The aggregate amount of distributions paid by the Company to its stockholders was $0 in 2016, $0 in 2017, $0 in 2018 and $26,754,835,349 in 2019 through the date hereof. In addition, the Company completed open market repurchases of its common stock, par value $0.001 per share (the "Common Stock"), in the aggregate amounts of $0 in 2016, $4,999,999,973 in 2017, $4,153,843,874 in 2018, and $3,384,376,347 in 2019 through the date hereof. In 2017, the Company completed a modified "Dutch auction" self tender offer in which it paid aggregate consideration of $3,432,185,604 in cash to the tendering holders of 64,514,767 shares of the Common Stock, and during 2018, the Company completed a self tender offer in which the Company paid aggregate consideration consisting of 68,250,000 American Depository Shares of Alibaba Group Holding Limited, a Cayman Islands company, and $1,741,350,000 in cash to the tendering holders of 195,000,000 shares of the Common Stock.

After the sale of its operating businesses in 2017, Yahoo! Inc. registered as an investment company and was renamed Altaba Inc.

Very truly yours,

ALTABA INC.

By: _____
Arthur Chong
General Counsel and Secretary


cc:   Alicia Tobin, Team Manager, Internal Revenue Service
      Gloria Sullivan, Director Western Compliance Practice Area, SE:LB:E
      Erick Slack, Director of Field Operations, Internal Revenue Service
      Kerri Hansen, Collections Unit, Internal Revenue Service

2

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TELEPHONE No.: (302) 651-3000
FACSIMILE No.: (302) 651-3001

DIRECT FACSIMILE No: 302-651-3001
EMAIL:

## FACSIMILE TRANSMITTAL SHEET

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

**NAME:** Collections Unit: ATTN KERRI HANSEN

**FIRM:**

**CITY:**     **DATE:** October 9, 2019

**TELEPHONE NO.:**

**FACSIMILE NO.:** 888-843-0232

**FROM:** Aarish Sheikh     **FLR/RM:** 7th Floor

**DIRECT DIAL:** 302-651-3116

**TOTAL NUMBER OF PAGES INCLUDING COVER(S):** 3

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

**MESSAGE:**
SEE ATTACHED