

Government Exhibit
_____
D
_____

**Altaba Inc.**
**EIN:** ▓▓▓8689
**Summary of Revised Claim Amounts - March 20, 2020**

| | Current Unpaid Liabilities and Unrefunded Credits [a] | Estimated Additional Tax [b] | Current Balance and Estimated Additional Tax [a] + [b] | Estimated Interest | Total Claim Amount |
|---|---|---|---|---|---|
| **Income Tax** | | | | | |
| 2013 | ($43,321,963) | $43,321,963 | $0 | $0 | $0 |
| 2014 | $0 | $0 | $0 | $0 | $0 |
| 2015 | $0 | $0 | $0 | $0 | $0 |
| 2016 | $0 | $137,470,755 | $137,470,755 | $22,963,513 | $160,434,268 |
| 2017 | $0 | $511,829,584 | $511,829,584 | $61,841,450 | $573,671,034 |
| 2018 | $0 | $887,447,883 | $887,447,883 | $56,000,199 | $943,448,082 |
| 2019 | ($8,767,000,000) | $9,223,929,252 | $456,929,252 | $4,138,199 | $461,067,451 |
| 2020 | $0 | $268,674,887 | $268,674,887 | $0 | $268,674,887 |
| 2021 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2022 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2023 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2024 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2025 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2026 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2027 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2028 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| 2029 | $0 | $42,294,000 | $42,294,000 | $0 | $42,294,000 |
| **Total Income Tax Claim** | | | | | **$2,787,941,723** |
| **Employment Tax** | | | | | |
| 2013 | ($5,977,612) | $4,223,556 | ($1,754,056) | $0 | ($1,754,056) |
| 2014 | ($6,545,351) | $6,478,890 | ($66,461) | $0 | ($66,461) |
| 2015 | $0 | $18,056,462 | $18,056,462 | $4,018,716 | $22,075,178 |
| 2016 | $0 | $16,748,503 | $16,748,503 | $2,956,866 | $19,705,369 |
| 2017 | ($3,593) | $5,880,864 | $5,877,271 | $766,482 | $6,643,753 |
| 2018 | $0 | $0 | $0 | $0 | $0 |
| 2019 | $0 | $2,986,927 | $2,986,927 | $58,089 | $3,045,016 |
| 2020 | ($2,190,636) | $4,433,828 | $2,243,192 | $0 | $2,243,192 |
| 2021 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2022 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2023 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2024 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2025 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2026 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2027 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2028 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| 2029 | $0 | $4,433,828 | $4,433,828 | $0 | $4,433,828 |
| **Total Employment Tax Claim** | | | | | **$91,796,439** |
| **Total Income Tax and Exmployment Tax Claim** | | | | | **$2,879,738,162** |

Claim Summary
Page 1 of 72