# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-811-LPS |
| ALTABA, INC. (F.K.A. YAHOO! Inc.) | ) |
| Defendant. | ) |

## VERIZON COMMUNICATIONS INC. AND OATH HOLDINGS INC.'S RESPONSE TO ALTABA INC.'S MOTION TO EXTEND TIME

Third parties Verizon Communications Inc. and Oath Holdings Inc. do not oppose Altaba Inc.'s Motion to Extend Time (D.I. 14) such that the deadline for Altaba to respond to Verizon's Motion to Intervene is the date that is five business days after the Court resolves the Resolution Motion.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: /s/ Michael A. Pittenger |
|  | Michael A. Pittenger (#3212) |
| William Savitt | Berton W. Ashman, Jr. (#4681) |
| Adam M. Gogolak | Alan R. Silverstein (#5066) |
| WACHTELL, LIPTON, ROSEN & KATZ | David A. Seal (#5992) |
|  | Hercules Plaza, 6th Floor |
| 51 W. 52nd Street | 1313 North Market Street |
| New York, NY 10019 | Wilmington, DE  19801 |
| (212) 403-1000 | (302) 984-6000 |
|  | mpittenger@potteranderson.com |
|  | bashman@potteranderson.com |
| Dated:  September 8, 2020 | asilverstein@potteranderson.com |
| 6862443 | dseal@potteranderson.com |
|  | *Attorneys for Third Party Intervenors Verizon Communications Inc. and Oath Holdings Inc.* |