## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00811-LPS |
| ALTABA, INC., | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME

Upon consideration of Altaba Inc.'s ("Altaba") Motion to Extend Time (the "Motion"),

IT IS HEREBY ORDERED this 18th day of September, 2020, that:

1. The Motion is GRANTED; and

2. The deadline for Altaba to respond to the First Amended Complaint in the above-captioned action is set to October 16, 2020.

_____
Chief United States District Judge

878541-WILSR01A - MSW