IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-00811-LPS ) ) |
| ALTABA, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

The United States of America hereby provides notice of its voluntarily dismissal of the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i), and states as follows:

1. The United State filed the Complaint in this action on June 16, 2020, to collect the unpaid federal income and employment tax liabilities of Altaba, Inc. ("Altaba"). (Compl., D.I. 1; *see also* Amend. Compl., D.I. 5.)

2. Altaba has not yet filed an answer or filed a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i) (providing that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment).

3. This matter has been resolved through a comprehensive resolution in the parallel action, *In re Altaba, Inc.*, 1:20-cv-00813-LPS (D. Del.), D.I. 53.

//

//

//

//

1

4. Accordingly, the United States voluntarily dismisses the above-captioned action without prejudice.

Date: October 29, 2020

          RICHARD E. ZUCKERMAN
          Principal Deputy Assistant Attorney General

          */s/ Dennis M. Donohue*
          DENNIS M. DONOHUE (OH Bar # 0026504)
          Chief Senior Litigation Counsel
          CATRIONA M. COPPLER (D.C. Bar # 241446)
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Washington, D.C.  20044
          Telephone: 202-307-6492 (DMD)
                         202-514-5153 (CMC)
          Fax:  202-514-6866
          Dennis.Donohue@usdoj.gov
          Catriona.M.Coppler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered their appearance in this action.

          */s/ Dennis M. Donohue*
          DENNIS M. DONOHUE
          Chief Senior Litigation Counsel
          United States Department of Justice, Tax Division